People v D.S. (2024 NY Slip Op 04524)

People v D.S.

2024 NY Slip Op 04524

Decided on September 24, 2024

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: September 24, 2024

Before: Singh, J.P., Gesmer, Scarpulla, Rodriguez, Michael, JJ. 

Ind. No. 3252/19 Appeal No. 2603 Case No. 2021-04355 

[*1]The People of the State of New York, Respondent,
v
D.S., Defendant-Appellant. 

Twyla Carter, The Legal Aid Society, New York (Megan Taeschler of counsel), for appellant.
Alvin L. Braggs, Jr., District Attorney, New York (Julianna Sousou of counsel), for respondent.

Judgment, Supreme Court, New York County (Maxwell Wiley, J.), rendered November 10, 2021, convicting defendant, upon her plea of guilty, of grand larceny in the third degree, adjudicating her a youthful offender, and sentencing her to a conditional discharge for a period of three years, unanimously modified, on the law, to the extent of vacating the mandatory surcharge and crime victim assistance fee imposed on defendant at sentencing, and otherwise affirmed.
The statutory provisions authorizing the imposition of mandatory surcharges and crime victim assistance fees upon youthful offenders were repealed effective August 24, 2020, before defendant was sentenced (L 2020, ch 144, §§ 3-4; see former Penal Law §§60.02 [3], 60.35 [10]). Accordingly, the sentencing court had no authority to impose the surcharge and fee (see People v Jaquan K., 223 AD3d 481, 481 [1st Dept 2024]).
We perceive no basis for reducing the sentence.
THIS CONSTITUTES THE DECISION AND ORDER OF THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT.
ENTERED: September 24, 2024